IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORNELIUS CARTER, ) | 2:11cv462 |
| ) | Electronic Mail |
| Plaintiff, ) | |
| ) | District Judge David S. Cercone |
| v. ) | |
| ) | |
| JOE REICHARD, Counselor; *ET AL.*; ) | Judge Cercone |
| ) | Magistrate Judge Eddy |
| Defendants. ) | |
| ) | |
| ) | |

## **MEMORANDUM ORDER**

On April 6, 2011, the above captioned case was initiated by the filing of a Motion for Leave to Proceed in forma pauperis and was referred to a United States Magistrate Judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation filed on December 15, 2011, (ECF No. 8) recommended that the Complaint be dismissed with prejudice in accordance with the screening provisions promulgated in the Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2)(B)(ii), 28 U.S.C. § 1915A and 28 U.S.C. § 1997e(e) for failure to state a claim upon which relief can be granted. Plaintiff was served with the Report and Recommendation at his listed address, and was advised that he had until January 3, 2012, to file written objections to the Report and Recommendation. No objections have been filed.

After *de novo* review of the pleadings and documents in this case, together with the Report and Recommendation, the following order is entered:

1

AND NOW, this ___6___ day of January, 2012;

**IT IS HEREBY ORDERED** that the Complaint is **DISMISSED** with prejudice in accordance with the screening provisions promulgated in the Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2)(B)(ii), 28 U.S.C. § 1915A and 28 U.S.C. § 1997e(e) for failure to state a claim upon which relief can be granted.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF. No. 8) dated December 15, 2011, is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

David Stewart Cercone
United States District Judge

cc:  Cornelius Carter
     202 Stephanie Drive
     Easton, PA 18045

     (*Via First Class Mail*)